# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 31, 2017

Stephen J. Markman,
Chief Justice

Robert P. Young, Jr.
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

153808(93)(94)(95)

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

REGINALD DESHAWN WALKER,
    Defendant-Appellant.

SC: 153808
COA: 320559
Wayne CC: 13-008885-FH

_____/

On order of the Court, the motion for immediate consideration and the motion to amend are GRANTED. The motion for reconsideration of this Court's December 7, 2016 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 31, 2017



Clerk

s0123